UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 18, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHE ALAIN FOISY,<br><br>　　　　　Defendant. | Case No.  2:25-cr-00060-DC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>CHRISTOPHE ALAIN FOISY</u> Case No. <u> 2:25-cr-00060-DC </u> Charge <u> 18 US § 3606 </u> from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $ _____

        \_\_\_\_\_  Unsecured Appearance Bond $ _____

        \_\_\_\_\_  Appearance Bond with 10% Deposit

        \_\_\_\_\_  Appearance Bond with Surety

        \_\_\_\_\_  Corporate Surety Bail Bond

        (Other): Release for inpatient treatment. Defendant shall be released to his wife, Christine Foisy, today, July 18, 2025.

  X   He shall report to WellSpace Health Detoxification Program at 1550 Juilesse Ave. Sacramento, CA 95815 on Monday, July 21, 2025, at 11:00 AM.

IT IS SO ORDERED.

Dated:   **July 18, 2025**

_____
Dena Coggins
United States District Judge